GARY OWEN CARIS (SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
lhawes@mckennalong.com
ANGELA E. FONES (SBN 245204)
afones@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
444 South Flower Street, 8th Floor
Los Angeles, CA 90071-2901
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

Attorneys for Plaintiff
**ROBB EVANS** as Receiver

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

ROBB EVANS, as Receiver over the Assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd.,

Plaintiff,

v.

AMIR B. HOSSEINZADEH, et al.,

Defendants.

CASE NO. CV06-14 ABC (VBKx)

**JUDGMENT AGAINST DEFENDANTS NADAR BONYADLO, ABDOLRAHIM MORIDZADEH, SIMA MORIDZADEH, AMIR B. HOSSEINZADEH, KHADIJEH HOSSEINZADEH, SHAYAN HOSSEINZADEH, SHEILA HOSSEINZADEH, SHEIVA HOSSEINZADEH AND ESFANDIAR TONY LOTFI**

[F.R.C.P. 56]

DATE: October 27, 2008
TIME: 10:00 a.m.
PLACE: Courtroom 680

Robb Evans as Receiver of the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd. ("Receiver"), brought his Motion for Summary Judgment against Defendants Nadar Bonyadlo, Amir B. Hosseinzadeh, Esfandiar Tony Lotfi, Abdolrahim Moridzadeh, Sima Moridzadeh, Khadijeh Hosseinzadeh, Shayan Hosseinzadeh, Sheiva Hosseinzadeh and Sheila Hosseinzadeh, which was heard on October 27, 2008 at 10:00 a.m. in Courtroom 680 of the above-referenced Court, the Honorable Audrey B. Collins, United States District Judge presiding. Gary Owen Caris of McKenna Long & Aldridge LLP appeared on behalf of the Plaintiff and Brad Mokri appeared on behalf of Defendants Nadar Bonyadlo, Amir B. Hosseinzadeh, Esfandiar Tony Lotfi, Abdolrahim Moridzadeh and Sima Moridzadeh. No other appearances were made. The Court having read and considered all papers filed in support of and in opposition to the Motion for Summary Judgment, including all admissible evidence filed in support of and in opposition to the Motion, the Court having heard and considered the arguments and contentions of counsel, no opposition to the Motion having been filed by Khadijeh Hosseinzadeh, Shayan Hosseinzadeh, Sheila Hosseinzadeh and Sheiva Hosseinzadeh, despite due and proper notice of the Motion having been given, the Court determining that no genuine issue as to any material fact exists and that Plaintiff is entitled to a judgment as a matter of law, and the Court finding that good cause exists for entry of a separate judgment under Rule 54 of the Federal Rules of Civil Procedure under the circumstances,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb Evans as Receiver of the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd., shall have judgment against Defendant Nadar Bonyadlo in the principal amount of $367,626.00, together with pre-judgment interest on said sum at the federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this

lawsuit and through October 29, 2008, in the amount of $45,227.30 for a total judgment in the amount of $412,853.30 pursuant to the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint, together with an award of post-judgment interest accruing from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb Evans as Receiver of the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd., shall have judgment against Defendant Amir B. Hosseinzadeh in the principal amount of $100,000.00 together with pre-judgment interest on said sum at the federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this lawsuit and through October 29, 2008, in the amount of $12,298.20 for a total judgment in the amount of $112,298.20 pursuant to the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint, together with an award of post-judgment interest accruing from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb Evans as Receiver of the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd., shall have judgment against Defendant Esfandiar Tony Lotfi in the principal amount of $321,933.62, together with pre-judgment interest on said sum at the federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this lawsuit and through October 29, 2008, in the amount of $39,603.50 for a total judgment in the amount of $361,537.12 pursuant to the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint, together with an award of post-judgment interest accruing from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb Evans as Receiver of the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd., shall have judgment against Defendants Abdolrahim Moridzadeh and Sima Moridzadeh in the principal amount of $250,000.00, together with pre-judgment interest on said sum at the federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this lawsuit and through October 29, 2008, in the amount of $30,755.80 for a total judgment in the amount of $280,755.80 which judgment shall be joint and several as to those Defendants, pursuant to the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint, together with an award of post-judgment interest accruing from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb Evans as Receiver of the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd., shall have judgment against Defendants Khadijeh Hosseinzadeh, Shayan Hosseinzadeh, Sheiva Hosseinzadeh and Sheila Hosseinzadeh in the principal amount of $155,012.00, together with pre-judgment interest on said sum at the federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this lawsuit and through October 29, 2008, in the amount of $19,065.30 for a total judgment in the amount of $174,077.30 which judgment shall be joint and several as to those Defendants, pursuant to the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint, together with an award of post-judgment interest accruing from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the judgment entered against the Defendants herein and any other judgments entered heretofore or hereafter in this action against any other defendants are several as to

each such defendant unless otherwise expressly stated in the judgment to be joint and several as to the particular defendants; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there is no just reason for delay in entry of this final judgment against Defendants Nadar Bonyadlo, Amir B. Hosseinzadeh, Esfandiar Tony Lotfi, Abdolrahim Moridzadeh, Sima Moridzadeh, Khadijeh Hosseinzadeh, Shayan Hosseinzadeh, Sheiva Hosseinzadeh and Sheila Hosseinzadeh, and the Court expressly directs that the Clerk of the Court enter this separate judgment against said Defendants pursuant to F.R. Civ. P. 54 notwithstanding whether this action remains pending against other defendants.

DATED: November 5, 2008

Audrey B. Collins

AUDREY B. COLLINS
UNITED STATES DISTRICT COURT JUDGE