GARY OWEN CARIS (SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
lhawes@mckennalong.com
ANGELA E. FONES (SBN 245204)
afones@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
444 South Flower Street, 8th Floor
Los Angeles, CA  90071-2901
Telephone:  (213) 688-1000
Facsimile:   (213) 243-6330

Attorneys for Plaintiff
**ROBB EVANS** as Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBB EVANS, as Receiver over the Assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMIR B. HOSSEINZADEH, et al.,<br><br>　　　　　Defendants. | CASE NO. CV06-14 ABC (VBKx)<br><br>**AMENDED JUDGMENT AGAINST DEFENDANT NADER BONYADLO**<br><br>[F.R.C.P. 56]<br><br>DATE:　　October 27, 2008<br>TIME:　　10:00 a.m.<br>PLACE:　 Courtroom 680 |

1   Robb Evans as Receiver of the assets of James P. Lewis, Jr., individually and
2   doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth
3   Fund, Ltd. ("Receiver"), brought his Motion for Summary Judgment against
4   Defendants Nader Bonyadlo, Amir B. Hosseinzadeh, Esfandiar Tony Lotfi,
5   Abdolrahim Moridzadeh, Sima Moridzadeh, Khadijeh Hosseinzadeh, Shayan
6   Hosseinzadeh, Sheiva Hosseinzadeh and Sheila Hosseinzadeh, which was heard on
7   October 27, 2008 at 10:00 a.m. in Courtroom 680 of the above-referenced Court,
8   the Honorable Audrey B. Collins, United States District Judge presiding.  Gary
9   Owen Caris of McKenna Long & Aldridge LLP appeared on behalf of the Plaintiff
10  and Brad Mokri appeared on behalf of Defendants Nader Bonyadlo, Amir B.
11  Hosseinzadeh, Esfandiar Tony Lotfi, Abdolrahim Moridzadeh and Sima
12  Moridzadeh.  No other appearances were made.  The Court having read and
13  considered all papers filed in support of and in opposition to the Motion for
14  Summary Judgment, including all admissible evidence filed in support of and in
15  opposition to the Motion, the Court having heard and considered the arguments and
16  contentions of counsel, no opposition to the Motion having been filed by Khadijeh
17  Hosseinzadeh, Shayan Hosseinzadeh, Sheila Hosseinzadeh and Sheiva
18  Hosseinzadeh, despite due and proper notice of the Motion having been given, the
19  Court determining that no genuine issue as to any material fact exists and that
20  Plaintiff is entitled to a judgment as a matter of law, and the Court finding that good
21  cause exists for entry of a separate judgment under Rule 54 of the Federal Rules of
22  Civil Procedure under the circumstances,
23      **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb
24  Evans as Receiver of the assets of James P. Lewis, Jr., individually and doing
25  business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund,
26  Ltd., shall have judgment against Defendant Nader Bonyadlo in the principal
27  amount of $367,626.00, together with pre-judgment interest on said sum at the
28  federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

AMENDED [PROPOSED] JUDGMENT AGAINST DEFENDANT - CASE NO. CV06-14 ABC (VBKx)

LA:17332054.1

lawsuit and through October 29, 2008, in the amount of $45,227.30 for a total judgment in the amount of $412,853.30 pursuant to the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint, together with an award of post-judgment interest accruing from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the judgment entered against the Defendant herein and any other judgments entered heretofore or hereafter in this action against any other defendants are several as to each such defendant unless otherwise expressly stated in the judgment to be joint and several as to the particular defendants; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there is no just reason for delay in entry of this final judgment against Defendant Nader Bonyadlo, and the Court expressly directs that the Clerk of the Court enter this separate judgment against said Defendants pursuant to F.R. Civ. P. 54 notwithstanding whether this action remains pending against other defendants.

DATED: November 13, 2008

*Audrey B. Collins*
AUDREY B. COLLINS
UNITED STATES DISTRICT COURT JUDGE