GARY OWEN CARIS (SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
  lhawes@mckennalong.com
ANGELA E. FONES (SBN 245204)
  afones@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
444 South Flower Street, 8th Floor
Los Angeles, CA  90071-2901
Telephone:   (213) 688-1000
Facsimile:   (213) 243-6330

Attorneys for Plaintiff
**ROBB EVANS** as Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBB EVANS, as Receiver over the Assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd.,<br><br>              Plaintiff,<br><br>     v.<br><br>AMIR B. HOSSEINZADEH, et al.,<br><br>              Defendants. | CASE NO. CV06-14 ABC (VBKx)<br><br>**JUDGMENT AGAINST DEFENDANTS BEHZAD HOSSEINZADEH, KEVIN JACKSON, CORKI WATSON AND WAYNE WATSON AFTER DEFAULT**<br><br>**[F.R.C.P., Rules 54(b) and 55(b)(2)]**<br><br>DATE:     March 9, 2009<br>TIME:     10:00 a.m.<br>PLACE:   Courtroom 680 |

By submission of the attorneys of record for Plaintiff Robb Evans, as Receiver over the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd., Plaintiff's Application for Entry of Separate Default Judgment Against Defendants Behzad Hosseinzadeh, Kevin Jackson, Corki Watson and Wayne Watson ("Default Judgment Application") came on regularly for hearing on March 9, 2009 at 10:00 a.m. before the Honorable Audrey B. Collins, United States District Judge presiding in Courtroom 680 of the above-referenced Court.  Gary Owen Caris of

McKenna Long & Aldridge LLP appeared on behalf of the Plaintiff.  Parivash Bonyadlo appeared on her own behalf.  No other appearances were made.  The defendants Behzad Hosseinzadeh, Kevin Jackson, Corki Watson and Wayne Watson having been regularly served with process, and having failed to appear and answer the Plaintiff's complaint filed herein on January 3, 2006, and the default of said Defendants having been duly entered and evidence having been considered by the Court, and the Court having reviewed and considered the Default Judgment Application and all pleadings and papers filed in support, including all admissible evidence filed in support, and no opposition to the Default Judgment Application having been filed, and good cause appearing for entry of judgment against the defendant pursuant to Rule 55 of the Federal Rules of Civil Procedure:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb Evans, as Receiver over the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd. shall recover from defendant Behzad Hosseinzadeh ("Hosseinzadeh") damages in the principal amount of $69,000.00, together with pre-judgment interest on said sum at the federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this lawsuit until the date of entry of judgment, in the amount of $9,574.88, plus costs of suit herein is awarded in the sum of $308.00, for a total judgment in the amount of $78,882.88 pursuant to the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint, together with an award of post-judgment interest accruing from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb Evans, as Receiver over the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd. shall recover from defendant Kevin Jackson ("Jackson") damages in the principal amount of $36,837.00, together with pre-

1  judgment interest on said sum at the federal statutory rate under 28 U.S.C. § 1961
2  in effect on the date of filing this lawsuit until the date of entry of judgment, in the
3  amount of $5,112.80, for a total judgment in the amount of $41,949.80 pursuant to
4  the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint,
5  together with an award of post-judgment interest accruing from and after the date of
6  entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

7  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that
8  Plaintiff Robb Evans, as Receiver over the assets of James P. Lewis, Jr.,
9  individually and doing business as Financial Advisory Consultants, Income Fund,
10 Ltd. and Growth Fund, Ltd. shall recover from defendants Corki Watson and
11 Wayne Watson (collectively "the Watsons") damages in the principal amount of
12 $121,056.00, together with pre-judgment interest on said sum at the federal
13 statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this lawsuit until
14 the date of entry of judgment, in the amount of $16,802.52, plus costs of suit herein
15 is awarded in the sum of $346.50, for a total judgment in the amount of
16 $138,205.02, which judgment shall be joint and several as to the Watsons, pursuant
17 to the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint,
18 together with an award of post-judgment interest accruing from and after the date of
19 entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

20 **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the
21 judgment entered against the Defendants herein and any other judgments entered
22 heretofore or hereafter in this action against any other defendants are several as to
23 each such defendant unless otherwise expressly stated in the judgment to be joint
24 and several as to the particular defendants; and

25 **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there
26 is no just reason for delay in entry of this final judgment against the Defendants and
27 the Court expressly directs that the Clerk of the Court enter this separate judgment
28
McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 3 -

[PROPOSED] JUDGMENT AGAINST DEFENDANTS - CASE NO. CV06-14 ABC (VBKx)

LA:17314277.3

1  against said Defendants pursuant to F.R. Civ. P. 54 notwithstanding whether this
2  action remains pending against other defendants.

6
7  DATED: March 16, 2009          _____
8                                  AUDREY B. COLLINS
                                    UNITED STATES DISTRICT COURT JUDGE

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 4 -

[PROPOSED] JUDGMENT AGAINST DEFENDANTS - CASE NO. CV06-14 ABC (VBKx)

LA:17314277.3